## Socorro Gasca, Appellee, v. Celestine Grossman, Trustee et al., Appellants.

### Gen. No. 40,910.

594

Heard in third division, first district, this court at October term, 1939; opinion filed April 10, 1940. Cassels, Potter & Bentley, for appellants; Ralph F. Potter, Leslie H. Vogel and Horace G. Marshall, of counsel; Alfred M. Loeser and Peter S. Sarelas, for appellee. Opinion by JUSTICE HEBEL. "Not to be published in full."